| | |
|---|---|
| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER<br>MARGARET CAREW TOLEDO SBN 181227<br>LANDON D. BAILEY SBN 240236<br>Mennemeier Glassman & Stroud LLP<br>980 9th Street, Suite 1700<br>Sacramento, CA 95814<br>toledo@mgslaw.com<br>lbailey@mgslaw.com<br><br>ATTORNEYS FOR: Defendant NATHAN YAKUBOV | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTTER PRODUCTS, LLC<br><br>                                      Plaintiff(s),<br>           v.<br>NATHAN YAKUBOV<br><br>                                      Defendant(s) | CASE NUMBER:<br>CV12-04191-R(Ex)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:    THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  Nathan Yakubov
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                                                                         **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

Otter Products, LLC, a Colorado Limited Liability Company        Plaintiff

Nathan Yakubov, an individual                                                         Defendant


July 20, 2012                                                          _[signature]_
Date                                                                      Sign

                                                                              Margaret Carew Toledo, Attorney for Defendant Nathan Yakubov
                                                                              Attorney of record for or party appearing in pro per

CV-30 (04/10)                                  NOTICE OF INTERESTED PARTIES