JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTTER PRODUCTS, LLC, | NO. CV 12-4191 FMO (Ex) |
| Plaintiff, | |
| v. | **ORDER REMOVING CASE FROM ACTIVE CASELOAD** |
| NATHAN YAKUBOV, et al., | |
| Defendants. | |

This Court having stayed this action pending BANKRUPTCY,

IT IS ORDERED that this action is removed from this Court's active caseload until further application by the parties or order of the Court. This Court retains full jurisdiction over this action and this Order shall not prejudice any party in the action.

IT IS FURTHER ORDERED that counsel shall file a joint status report with the Court every 90 days until completion of the BANKRUPTCY proceedings.

Dated this 22nd day of February, 2013

/s/
Fernando M. Olguin
United States District Judge