JOHNSON & PHAM, LLP
Christopher D. Johnson, SBN: 222698
    E-mail: cjohnson@johnsonpham.com
Christopher Q. Pham, SBN: 206697
    E-mail: cpham@johnsonpham.com
Marcus F. Chaney, SBN: 245227
    E-mail: mchaney@johnsonpham.com
Ani S. Garibyan, SBN: 274846
    E-mail: agaribyan@johnsonpham.com
6355 Topanga Canyon Boulevard, Suite 326
Woodland Hills, California 91367
Telephone:  (818) 888-7540
Facsimile:  (818) 888-7544

Attorneys for Plaintiff
OTTER PRODUCTS, LLC

MENNEMEIER GLASSMAN & STROUD LLP
Margaret Crew Toledo
    E-mail: Toledo@msglaw.com
908 9th Street, Suite 1700
Sacramento, California 95814
Telephone: (916) 551-2592
Facsimile: (916) 555-4011

Attorneys for Defendant
NATHAN YAKUBOV

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTTER PRODUCTS, LLC, a Colorado Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>NATHAN YAKUBOV, an Individual; | Case No.:CV12-04191 FMO (Ex)<br><br>**STATUS REPORT RE: BANKRUPTCY PROCEEDINGS** |

| | |
|---|---|
| 1 | and DOES 1-10, Inclusive, |
| 2 | Defendants. |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that in order to comply with the Court's February 22, 2013 Order that counsel file, every 90 days, a report concerning the status of the Defendant NATHAN YAKUBOV's ("Defendant") Bankruptcy petition pending in the United States Bankruptcy Court, Eastern District of New York (Brooklyn), Case No.: 13-40291-ess, Plaintiff OTTER PRODUCTS, LLC, ("Plaintiff"), and Defendant, by and through their counsel of record, hereby submit the following status report.

Defendant's Chapter 7 Voluntary Petition was filed in the United States Bankruptcy Court, Eastern District of New York on January 18, 2013. Thereafter on January 23, 2013, Plaintiff received notice of Defendant's bankruptcy petition. Defendant thereafter filed a Notice of Automatic Stay with the Court on January 25, 2013 (Document 18) and this case was removed from the Court's Active Caseload on February 22, 2013 (Document 20). As of May 21, 2013, the Meeting of Creditors scheduled for June 11, 2013 at 1:15 P.M. at Room 2579, 271-C Cadman Plaza East, Brooklyn, New York, was adjourned. As of today's date the Defendant's Chapter 7 Voluntary Bankruptcy has yet been discharged or completed.

RESPECTFULLY SUBMITTED

Dated: May 29, 2013

JOHNSON & PHAM, LLP

By: _____
Ani S. Garibyan, Esq.
Attorneys for Plaintiff
OTTER PRODUCTS, LLC

Dated: May 29, 2013

MENNEMEIER GLASSMAN & STROUD LLP

By: *Margaret Carew Toledo*
Margaret Carew Toledo, Esq.
Attorneys for Defendant
NATHAN YAKUBOV

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Johnson & Pham, LLP 6355 Topanga Canyon Blvd., Suite 326, Woodland Hills, CA 91367. On May 29, 2013, I served the within document(s): |

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Johnson & Pham, LLP 6355 Topanga Canyon Blvd., Suite 326, Woodland Hills, CA 91367. On May 29, 2013, I served the within document(s):

**STATUS REPORT RE: BANKRUPTCY PROCEEDINGS**

☐ **FACSIMILE** - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

☒ **MAIL** - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ **PERSONAL SERVICE** - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ **OVERNIGHT COURIER** - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via UNITED PARCEL SERVICE.

Margaret Carew Toledo, Esq.
MENNEMEIER, GLASSMAN & STROUD LLP
980 9th Street, Suite 1700
Sacramento, CA 95814

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 29, 2013, at Woodland Hills, California.

*Catherine Brannan* (signature)
Catherine Brannan